MN, ND-305
(5/94)

4/13/10
Receipt #'s
190476   3.89
190477   2.20
190478    .62
190482    .55
190480    .11

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Susan N.

<u>Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund</u>

Debtor:   Ronald Eric Berglund

Chapter 7 Case No. 08-43438

Please Check One:

_____ Unclaimed Dividends

___✓___ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Xcel Energy<br>3215 Commerce St.<br>LaCrosse, WI 54603 | 3 | 2,069.74 | .55 |
| Wells Fargo Financial Minnesota, Inc.<br>4137 121st Street<br>Urbandale, IA 50323 | 5 | 410.39 | .11 |
| St. Paul Pioneer Press<br>ATTN: Richard L. Muske<br>7616 Currell Blvd., Suite 200<br>Woodbury, MN 55125 | 6 | 14,756.30 | 3.89 |
| HSBC Consumer Lending USA, Inc.<br>By eCAST Settlement Corporation as its agent<br>POB 35480<br>Newark, NJ 07193-5480 | 8 | 2,361.71 | .62 |
| eCAST Settlement Corporation assignee of HSBC Bank NA/Direct Merchants Credit Card Bank NA<br>POB 35480<br>Newark, NJ 07193-5480 | 9 | 8,397.43 | 2.20 |

7.37   SN

Dated: April 12, 2010

_____
Randall L. Seaver, Trustee

C:\Data\word\Trustee-Mpls\Berglund\Unclaimed Dividends Distribution Less than $5.wpd